# NEWSDAY
# AFFIDAVIT OF PUBLICATION

AVRUM J ROSEN, ESQ
38 NEW STREET
HUNTINGTON, NY 11743-3327

STATE OF NEW YORK)　　　　　　Legal Notice No.　　0021216049
　:SS.:
COUNTY OF SUFFOLK)

Jamie Asuncion of Newsday Media Group., Suffolk County, N.Y., being duly sworn, says that such person is, and at the time of publication of the annexed Notice was a duly authorized custodian of records of Newsday Media Group, the publisher of NEWSDAY, a newspaper published in the County of Suffolk, County of Nassau, County of Queens, and elsewhere in the State of New York and other places, and that the Notice of which the annexed is a true copy, was published in the following editions/counties of said newspaper on the following dates:

| Day | Date | Edition |
|---|---|---|
| Wednesday | September 28, 2016 | Suffolk |
| Thursday | September 29, 2016 | Suffolk |
| Friday | September 30, 2016 | Suffolk |
| Saturday | October 01, 2016 | Suffolk |
| Sunday | October 02, 2016 | Suffolk |
| Monday | October 03, 2016 | Suffolk |
| Tuesday | October 04, 2016 | Suffolk |

**SWORN** to before me this

5 Day of October, 2016.

Jason A. Neknez
**Notary Public, State of New York**
No. 01NE6219108
Commission Expires 03/22/2018
Qualified in Suffolk County

**Ad Content**

Legal Notice # 21216049

**NOTICE OF PUBLIC AUCTION**

Richard L. Stern, Esq. as Bankruptcy Trustee of the Estate of Harlow East LLC, shall conduct a Public Auction on OCTOBER 7, 2016 AT 11:00 a.m. to sell the Estate's interest in the lease (the "Lease") for the commercial property commonly known as 1 Long Wharf Sag Harbor, New York (the "Premises"). The Lease is being sold "AS IS" "WHERE IS" and "WITH ALL FAULTS" pursuant to an Order of the Bankruptcy Court. The minimum opening bid is $350,000. The Public Auction shall take place at Macco & Stern, LLP, 2950 Express Drive South, Suite 109, Islandia, New York. Interested parties should contact Fred S. Kantrow, Esq., Law Offices of Avrum J. Rosen, PLLC, counsel to Richard L. Stern, 38 New Street, Huntington, New York at 631 423 8527, to obtain information regarding Bidding Procedures. Any prospective purchaser who intends to bid on the Lease MUST comply with all of the terms and conditions set forth in certain Bidding Procedures, including, but not limited to, remitting certified funds to become a qualified bidder prior to the Public Auction. Bankruptcy Case (EDNY) 16-72175-reg.

## NEWSDAY PROOF

| | | | |
|---|---|---|---|
| **Advertiser:** | AVRUM J ROSEN, ESQ | **Phone:** | 6314238527 |
| **Agency:** | AVRUM J ROSEN, ESQ | **Contact:** | FRED Kantrow |
| **Ad Number:** | 0021216049 | **Section:** | Legals |
| **Start Date:** | 09/28/2016 | **Class:** | 11100 |
| **End Date:** | 10/04/2016 | **Size:** | 1 x 43   **Times:** 7 |
| **Price:** | $1,204.00 | **Date:** | 9/23/2016 |
| **Ordered By:** | Legaladv@newsday.com | **Zone(s):** | C-Suffolk |

**Signature of Approval:** _____   **Date:** _____