## UNITED STATES BANKRUPTCY COURT
### EASTERN **DISTRICT OF** NEW YORK

In re: § 
§ 
HARLOW EAST, LLC § Case No. 16-72175
§ 
_____Debtor_____ §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD L. STERN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 248,888.93<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  629,707.07 | Claims Discharged<br>Without Payment:  NA |
| Total Expenses of Administration:  450,784.32 | |

3) Total gross receipts of $ 1,080,491.39  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 1,080,491.39  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 78,387.43 | $ 78,387.43 | $ 78,387.43 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 259,862.50 | 422,194.58 | 422,194.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 28,589.74 | 28,589.74 | 28,589.74 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 166,399.00 | 174,834.86 | 193,708.50 | 180,756.04 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 503,860.89 | 648,520.35 | 471,620.36 | 370,563.60 |
| TOTAL DISBURSEMENTS | $ 670,259.89 | $ 1,190,194.88 | $ 1,194,500.61 | $ 1,080,491.39 |

4)  This case was originally filed under chapter 11 on  05/13/2016 , and it was converted to chapter 7 on  08/02/2016 .  The case was pending for 18 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/17/2018                    By:/s/RICHARD L. STERN, TRUSTEE
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PSEG utility refund | 1224-000 | 5,805.09 |
| US Treasury - refund | 1224-000 | 45.00 |
| Liquidation of Other Personal Property | 1229-000 | 0.00 |
| DIP Operating Account | 1229-000 | 112,084.30 |
| PURCHASE OF LEASE | 1229-000 | 960,000.00 |
| INVENTORY | 1229-000 | 2,000.00 |
| Cash | 1290-000 | 557.00 |
| TOTAL GROSS RECEIPTS | | $ 1,080,491.39 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | NEW YORK STATE DEPARTMENT OF TAXATI | 4800-000 | NA | 78,387.43 | 78,387.43 | 78,387.43 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 78,387.43** | **$ 78,387.43** | **$ 78,387.43** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD L. STERN | 2100-000 | NA | 55,664.74 | 55,664.74 | 55,664.74 |
| RICHARD L. STERN | 2200-000 | NA | 173.37 | 173.37 | 173.37 |
| INTERNATION SURETIES LTD. | 2300-000 | NA | 244.37 | 244.37 | 244.37 |
| TRUSTEE INSURANCE AGENY | 2420-000 | NA | 252.25 | 252.25 | 252.25 |
| EMPIRE NATIONAL BANK | 2600-000 | NA | 9,611.51 | 9,611.51 | 9,611.51 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| PATRICK E. MALLOY, III | 2990-000 | NA | 105,500.25 | 267,832.33 | 267,832.33 |
| ROSEN, KANTROW & DILLON, PLLC | 3210-000 | NA | 62,467.59 | 62,467.59 | 62,467.59 |
| ROSEN, KANTROW & DILLON, PLLC | 3220-000 | NA | 4,806.42 | 4,806.42 | 4,806.42 |
| JOSEPH A. BRODERICK, P.C. | 3410-000 | NA | 19,842.00 | 19,842.00 | 19,842.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 259,862.50** | **$ 422,194.58** | **$ 422,194.58** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATI | 6950-000 | NA | 28,589.74 | 28,589.74 | 28,589.74 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 28,589.74 | $ 28,589.74 | $ 28,589.74 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | AUDREY-ANNA MCLEAN | 5300-000 | NA | 1,520.00 | 1,520.00 | 1,153.00 |
| | BETTS, JAMES J. | 5300-000 | NA | 328.00 | 328.00 | 328.00 |
| | BRYANT, ALDRE R. | 5300-000 | NA | 416.00 | 416.00 | 416.00 |
| 000018 | CLAUDE SIMPSON | 5300-000 | NA | 3,666.24 | 3,666.24 | 2,445.00 |
| | DALEY, VANESSA M. | 5300-000 | NA | 137.77 | 137.77 | 137.77 |
| 000024 | DAMION ANTHONY HAYNES | 5300-000 | NA | 987.00 | 987.00 | 762.00 |
| | DAVIES, PRYCE T. | 5300-000 | NA | 323.01 | 323.01 | 323.01 |
| 000015 | DEMAR COUBURN | 5300-000 | NA | 1,500.00 | 1,500.00 | 1,152.00 |
| | FRIEDMAN, RONALD | 5300-000 | NA | 188.56 | 188.56 | 188.56 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HAJJAR, JULIA M. | 5300-000 | NA | 340.00 | 340.00 | 340.00 |
| | HART, HIMANI ART | 5300-000 | NA | 1,114.00 | 1,114.00 | 1,114.00 |
| 000022 | HAVORACE DENIEL BONFIELD | 5300-000 | NA | 1,050.00 | 1,050.00 | 839.00 |
| | HAYNES, DAMION | 5300-000 | NA | 234.33 | 234.33 | 234.33 |
| | HERMAN, KYLE S. | 5300-000 | NA | 114.05 | 114.05 | 114.05 |
| | INTERNAL REVENUE SERVICE | 5300-000 | NA | 0.00 | 13,107.30 | 13,107.30 |
| 000019 | JEVOHNI BROWN | 5300-000 | NA | 0.00 | 0.00 | 0.00 |
| 000020 | JEVOHNI BROWN | 5300-000 | NA | 2,500.00 | 2,500.00 | 2,308.75 |
| 000023 | KELLIE GILL | 5300-000 | NA | 2,400.00 | 2,400.00 | 1,827.00 |
| 000027 | KHALID LAWRENCE | 5300-000 | NA | 3,460.50 | 3,460.50 | 2,365.00 |
| 000014 | LAMAR CLGEVELAND RICKETTS | 5300-000 | NA | 941.60 | 941.60 | 730.00 |
| 000011 | MAISIE C WALKER-JOHNSON | 5300-000 | NA | 1,163.50 | 1,163.50 | 966.00 |
| | MARINO, CHRISTINE M. | 5300-000 | NA | 263.31 | 263.31 | 263.31 |
| | MILLER, PAUL L. | 5300-000 | NA | 1,558.00 | 1,558.00 | 1,558.00 |
| 000041 | MOLINA, MAURILIO | 5300-000 | NA | 2,150.00 | 2,150.00 | 1,527.21 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MORGAN, KINGJALEE T. | 5300-000 | NA | 434.00 | 434.00 | 434.00 |
| 000009 | NORMA L GORDON | 5300-000 | NA | 5,539.23 | 5,539.23 | 3,553.00 |
| | NYS DEPARTMENT OF TAXATION | 5300-000 | NA | 0.00 | 2,642.08 | 2,642.08 |
| 000025 | OBRIAN MORRIS | 5300-000 | NA | 1,854.00 | 1,854.00 | 1,387.00 |
| 000008 | RACINE VANESSA FAIRWEATHER | 5300-000 | NA | 1,821.91 | 1,821.91 | 1,312.00 |
| 000016 | RAMESH G PAUL | 5300-000 | NA | 1,980.00 | 1,980.00 | 1,504.00 |
| | ROBINSON, KENROY | 5300-000 | NA | 417.36 | 417.36 | 417.36 |
| 000042 | ROBINSON, KENROY | 5300-000 | NA | 1,700.00 | 1,700.00 | 868.02 |
| 000028 | SHANTAL PATRICE LOVIENE SMITH | 5300-000 | NA | 1,977.96 | 1,977.96 | 1,420.00 |
| 000034 | SHANTAL SMITH | 5300-000 | NA | 1,977.96 | 0.00 | 0.00 |
| 000017 | SHARIEL GORDON | 5300-000 | NA | 2,274.00 | 2,274.00 | 1,601.00 |
| 000040 | SHULMAN, MIRIAM | 5300-000 | NA | 2,500.00 | 2,500.00 | 1,780.00 |
| | SHULMAN, MIRIAM D. | 5300-000 | NA | 1,964.00 | 1,964.00 | 1,964.00 |
| 000012 | TASHONIE ARNETT | 5300-000 | NA | 2,850.00 | 2,850.00 | 1,953.00 |
| | TORRES, DEAN | 5300-000 | NA | 1,473.00 | 1,473.00 | 1,473.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000026 | VANESSA BOOTHE | 5300-000 | NA | 1,966.50 | 1,966.50 | 1,455.00 |
| 000031 | VANESSA BOOTHE | 5300-000 | NA | 1,966.50 | 0.00 | 0.00 |
| 000021 | VANESSA MARIE DALEY | 5300-000 | NA | 360.00 | 360.00 | 302.00 |
| | WILLIAMS, ANGELIQUE G. | 5300-000 | NA | 1,337.00 | 1,337.00 | 1,337.00 |
| | CONNOLLY, BRYON | 5300-001 | NA | 270.12 | 270.12 | 270.12 |
| | DUNN, ACKEEM E. | 5300-001 | NA | 336.01 | 336.01 | 336.01 |
| | PETERSON, WILLIAM T. | 5300-001 | NA | 393.40 | 393.40 | 393.40 |
| | STEVENS, NICHOLAS | 5300-001 | NA | 333.56 | 333.56 | 333.56 |
| | STEVENS, NICHOLAS A. | 5300-001 | NA | 522.00 | 522.00 | 522.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | NA | 0.00 | 4,934.64 | 4,934.64 |
| 000004 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 1,755.00 | 1,755.00 | 1,755.00 |
| 000001B | NEW YORK STATE DEPARTMENT OF TAXATI | 5800-000 | 166,399.00 | 102,402.13 | 102,402.13 | 102,402.13 |
| | NYS DEPARTMENT OF TAXATION | 5800-000 | NA | 0.00 | 2,134.08 | 2,134.08 |
| 000005 | STATE OF NY, DEPT OF LABOR | 5800-000 | NA | 8,073.35 | 8,073.35 | 8,073.35 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 166,399.00 | $ 174,834.86 | $ 193,708.50 | $ 180,756.04 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A+ Towel & Linen Supply | | 99.36 | NA | NA | 0.00 |
| | Airite | | 461.23 | NA | NA | 0.00 |
| | Alpro | | 1,519.97 | NA | NA | 0.00 |
| | American Juice Company | | 190.00 | NA | NA | 0.00 |
| | Cellier Wines Distributin | | 2,270.00 | NA | NA | 0.00 |
| | Charlie Jigardian | | 130,000.00 | NA | NA | 0.00 |
| | David Walker | | 100,000.00 | NA | NA | 0.00 |
| | Down East Seafood | | 5,448.50 | NA | NA | 0.00 |
| | Empire Merchants, LLC | | 37,053.94 | NA | NA | 0.00 |
| | Fingleton Electric Inc | | 955.90 | NA | NA | 0.00 |
| | G. Craig Electrical Contr | | 800.00 | NA | NA | 0.00 |
| | Green Source Paper & Supp | | 540.95 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hartford Casualty Insuran | | 19,495.50 | NA | NA | 0.00 |
| | MHW Ltd. | | 1,911.45 | NA | NA | 0.00 |
| | MJ Radziewicz, Ltd. | | 3,831.01 | NA | NA | 0.00 |
| | One Way Supply Corp. | | 1,688.60 | NA | NA | 0.00 |
| | Optimum Cablevision Syste | | 941.08 | NA | NA | 0.00 |
| | PSEG Long Island | | 6,172.71 | NA | NA | 0.00 |
| | Palmer Vineyards | | 424.40 | NA | NA | 0.00 |
| | Patrick E. Malloy III | | 150,000.00 | NA | NA | 0.00 |
| | Prime Food Distributor, I | | 442.49 | NA | NA | 0.00 |
| | RR Plumbing Services Corp | | 2,859.92 | NA | NA | 0.00 |
| | Riviera Produce Corp. | | 8,816.19 | NA | NA | 0.00 |
| | Samuels & Son Seafood Co. | | 1,265.09 | NA | NA | 0.00 |
| | Santec | | 1,041.20 | NA | NA | 0.00 |
| | SeafoodS.com, Inc. | | 1,506.58 | NA | NA | 0.00 |
| | Sid Wainer & Son | | 11,007.04 | NA | NA | 0.00 |
| | Sogno Toscano Tuscan Drea | | 2,059.00 | NA | NA | 0.00 |
| | Sogno Toscano Tuscan Drea | | 2,059.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vilardi and Company | | 1,277.50 | NA | NA | 0.00 |
| | Zee Medical Inc. | | 606.31 | NA | NA | 0.00 |
| 000007 | ARCTIC GLACIER ICE | 7100-000 | 487.73 | 30,147.85 | 30,147.85 | 24,925.15 |
| 000032 | BIANCONE & WILINSKY, LLP | 7100-000 | NA | 5,812.00 | 5,812.00 | 4,805.15 |
| 000003 | BOENING BROS. INC | 7100-000 | 3,099.21 | 2,279.21 | 2,279.21 | 1,884.37 |
| 000035 | CHARLES JIGARJIAN | 7100-000 | NA | 130,000.00 | 130,000.00 | 107,479.31 |
| 000037 | DAVID WALKER | 7100-000 | NA | 95,000.00 | 95,000.00 | 78,542.57 |
| 000036 | JON KRASNER | 7100-000 | NA | 26,900.00 | 0.00 | 0.00 |
| 000006 | M. TUCKER | 7100-000 | 2,597.73 | 6,758.97 | 6,758.97 | 5,588.07 |
| 000013 | NORTH FORK WATER SUPPLY CORP. | 7100-000 | 931.30 | 931.00 | 931.00 | 769.72 |
| 000030 | RAYMOND WOJTUSIAK | 7100-000 | NA | 99,999.99 | 0.00 | 0.00 |
| 000038 | RICHARD E. DECKER | 7100-000 | NA | 50,000.00 | 0.00 | 0.00 |
| 000002 | RIVER PRODUCE CORP | 7100-000 | NA | 7,280.66 | 7,280.66 | 6,019.39 |
| 000033 | SUMMIT PROCESSING GROUP, LLC | 7100-000 | NA | 170,000.00 | 170,000.00 | 140,549.87 |
| 000001C | NEW YORK STATE DEPARTMENT OF TAXATI | 7300-000 | NA | 23,410.67 | 23,410.67 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 503,860.89 | $ 648,520.35 | $ 471,620.36 | $ 370,563.60 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

**Exhibit 8**

Case No:       16-72175      REG   Judge: ROBERT E. GROSSMAN

Case Name:     HARLOW EAST, LLC

For Period Ending:  01/17/18

Trustee Name:              RICHARD L. STERN, TRUSTEE
Date Filed (f) or Converted (c):   08/02/16 (c)
341(a) Meeting Date:        09/13/16
Claims Bar Date:            11/09/16

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | DIP Operating Account (u) | 0.00 | Unknown | | 112,084.30 | FA |
| 2. | SECURITY DEPOSIT | 50,575.00 | 50,575.00 | | 0.00 | FA |
| 3. | Artwork | 200.00 | 200.00 | | 0.00 | FA |
| | 6 | | | | | |
| 4. | MACHINERY | 37,782.36 | 37,782.36 | | 0.00 | FA |
| 5. | furniture & fixtures | 150,331.57 | 150,331.57 | | 0.00 | FA |
| 6. | food & beverage | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 7. | PSEG utility refund (u) | Unknown | 5,085.09 | | 5,805.09 | FA |
| 8. | US Treasury - refund (u) | Unknown | 45.00 | | 45.00 | FA |
| 9. | Cash (u) | Unknown | 557.00 | | 557.00 | FA |
| 10. | PURCHASE OF LEASE (u) | Unknown | 0.00 | | 960,000.00 | FA |
| | AUCTION SALE OF REMAINING TERM OF LEASE | | | | | |
| 11. | INVENTORY (u) | Unknown | 0.00 | | 2,000.00 | FA |
| | sale of liquor inventory per order dated Octobwer 19,2016 | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $248,888.93         $254,576.02                 $1,080,491.39         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Paid employee claims after obtaining Court Order authorizing wage disbursements.  Claims objection to be filed. All

claims resolved but for payment on addtional wage claims

Mailed out tax returns June 15, 2017, 12:12 pm

Requested clerk costs July 24, 2017, 12:55 pm final report filed on August 2, 2017

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page:    2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 16-72175    REG    Judge: ROBERT E. GROSSMAN | Trustee Name: | RICHARD L. STERN, TRUSTEE |
| Case Name: | HARLOW EAST, LLC | Date Filed (f) or Converted (c): | 08/02/16 (c) |
| | | 341(a) Meeting Date: | 09/13/16 |
| | | Claims Bar Date: | 11/09/16 |

Notice of final hearing filed; hearing scheduled for 11/1/17 August 15, 2017, 11:33 am

Initial Projected Date of Final Report (TFR): 06/15/18        Current Projected Date of Final Report (TFR): 06/15/18

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

**Exhibit 9**

| Case No: | 16-72175 -REG | | Trustee Name: | RICHARD L. STERN, TRUSTEE |
| Case Name: | HARLOW EAST, LLC | | Bank Name: | EMPIRE NATIONAL BANK |
| | | | Account Number / CD #: | *******8276  Checking Account (Non-Interest Earn |

| Taxpayer ID No: | *******5895 | |
| For Period Ending: | 01/17/18 | |

Blanket Bond (per case limit):  $ 44,643,604.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/16 | 1 | Harlow East, LLC<br>DIP Case no. 16-72175<br>1 Long Wharf<br>Sag Harbor, NY 11963 | Proceeds from DIP Account | 1229-000 | 105,000.00 | | 105,000.00 |
| 08/10/16 | 8 | US Treasury<br>Kansas  City, MO | Tax refund issued to the debtor | 1224-000 | 45.00 | | 105,045.00 |
| 08/10/16 | 7 | PSEG Long Island Treasury<br>80 Park Plaza T-06<br>Newark, NJ  07102 | Utility tax refund | 1224-000 | 5,805.09 | | 110,850.09 |
| 08/30/16 | 1 | Bridgehampton National Bank<br>Montauk Highway<br>Bridgehampton, NY  11932 | Balance of funds from DIP account p<br>rior to conversion. | 1229-000 | 7,084.30 | | 117,934.39 |
| 09/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 160.84 | 117,773.55 |
| 09/27/16 | 000101 | Trustee Insurance Ageny<br>Seneca<br>2813 West Main<br>Kalamazoo, MI  49006 | general liability insurance<br>General liability insurance for Trustee on leased<br>property of debtor 1 Long Wharf, Sag Harbor, NY<br>11963 | 2420-000 | | 252.25 | 117,521.30 |
| 10/03/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 171.75 | 117,349.55 |
| 10/04/16 | 9 | Harlow East, LLC | Cash found at Debtor lesased premis<br>es | 1290-000 | 557.00 | | 117,906.55 |
| 10/28/16 | 11 | Shr Holdings LLC<br>Wells Fargo Bank NA<br>731 Lexington Ave<br>New York, NY10022 | sale of liquor inventory pursuant t<br>o court order dated October 19,2016 | 1229-000 | 2,000.00 | | 119,906.55 |
| 10/28/16 | 10 | SHR Holdings LLc<br>Wells Fargo Bank N.A.<br>731 Lexington Ave.<br>New York, NY, 10022 | Balance of funds regarding assumpti<br>on of real property lease per order dated<br>October21,2016 | 1229-000 | 720,000.00 | | 839,906.55 |
| 10/28/16 | | Transfer from Acct #*******8317 | Bank Funds Transfer | 9999-000 | 240,000.00 | | 1,079,906.55 |

Page Subtotals        1,080,491.39        584.84

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

**Exhibit 9**

| Case No: | 16-72175 -REG | Trustee Name: | RICHARD L. STERN, TRUSTEE |
| Case Name: | HARLOW EAST, LLC | Bank Name: | EMPIRE NATIONAL BANK |
| | | Account Number / CD #: | *******8276  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5895 | | |
| For Period Ending: | 01/17/18 | Blanket Bond (per case limit): | $ 44,643,604.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/16 | 000102 | Patrick Malloy Waterfront, LLC<br>1A Bay Street<br>Sag Harbor, NY  11963 | Payment of lease cure amount<br>Payment of lease cure amount per court order dated<br>October 21, 2016. | 2990-000 | | 267,832.33 | 812,074.22 |
| 11/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 352.97 | 811,721.25 |
| 12/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,209.80 | 810,511.45 |
| 12/27/16 | 000103 | INTERNATION SURETIES LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA  70139 | 2017 Bond Premiun Payment | 2300-000 | | 244.37 | 810,267.08 |
| 12/28/16 | 000104 | Tashonie Arnett<br>514 Tudor Lane<br>Middle Island , NY 11953 | Net Wages per Court Order ECF#102 | 5300-000 | | 1,953.00 | 808,314.08 |
| 12/28/16 | 000105 | James J. Betts<br>1121 Crest Lane<br>McLean, VA  22101 | New Wages per Court Order ECF #102 | 5300-000 | | 328.00 | 807,986.08 |
| 12/28/16 | 000106 | Havorace Deniel Bonfield<br>24 Pleasant View<br>8miles, Bull Bay<br>St. Andrew, Jamica | Net Wages Per Court Order ECF#102 | 5300-000 | | 839.00 | 807,147.08 |
| * 12/28/16 | 000107 | Vanessa Boothe<br>161 Peeltreau Street<br>Southampton NY<br>11968<br>Southampton, NY 11968 | Net Wages Per Court Order ECF#102 | 5300-000 | | 1,455.00 | 805,692.08 |
| 12/28/16 | 000108 | Jevohni Brown<br>21 Fords Lane<br>Southampton, NY 11968 | Net Wages Per Court Order ECF#102 | 5300-000 | | 2,308.75 | 803,383.33 |
| 12/28/16 | 000109 | Aldre R. Bryant<br>32 Anchouy Estate<br>Mondago Bay, NY  11908 | Net Wages Per Court Order ECF#102 | 5300-000 | | 416.00 | 802,967.33 |

| | | Page Subtotals | | | 0.00 | 276,939.22 | |

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
**Exhibit 9**

Case No:         16-72175  -REG
Case Name:    HARLOW EAST, LLC

Trustee Name:         RICHARD L. STERN, TRUSTEE
Bank Name:             EMPIRE NATIONAL BANK
Account Number / CD #:    *******8276  Checking Account (Non-Interest Earn

Taxpayer ID No:  *******5895
For Period Ending:  01/17/18

Blanket Bond (per case limit):   $ 44,643,604.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/28/16 | 000110 | Bryon Connolly PO Box 252 Sag Harbor, NY  11963 | Net Wages Per Court Order ECF#102 | 5300-000 | | 270.12 | 802,697.21 |
| 12/28/16 | 000111 | Demar Couburn 21 Fords Lane Southampton, NY 11968 | Net Wages Per Court Order ECF#102 | 5300-000 | | 1,152.00 | 801,545.21 |
| 12/28/16 | 000112 | Vanessa Marie Daley 59 Kensington Manor Middletown, NY 10941 | Net Wages Per Court Order ECF#102 | 5300-000 | | 302.00 | 801,243.21 |
| 12/28/16 | 000113 | Pryce T. Davies 309 Highland Lane Bryn Mawr, PA  19010 | Net Wages Per Court Order ECF#102 | 5300-000 | | 323.01 | 800,920.20 |
| * 12/28/16 | 000114 | Ackeem E. Dunn 161 Hill Station Road Southampton, NY  11968 | Net Wages Per Court Order ECF#102 | 5300-000 | | 89.97 | 800,830.23 |
| 12/28/16 | 000115 | Racine Vanessa Fairweather 1009 Lincoln Pl , Apt. 4A Brooklyn, NY 11213 | Net Wages Per Court Order ECF#102 | 5300-000 | | 1,312.00 | 799,518.23 |
| * 12/28/16 | 000116 | Kellie Gill PO Box 2144 Montauk NY 11954 | Net Wages Per Court Order ECF#102 | 5300-000 | | 1,827.00 | 797,691.23 |
| 12/28/16 | 000117 | Norma L Gordon 4191 North Harver Hill Rd Apr. 404 West Palm Beach, FL 33417 | Net Wages Per Court Order ECF#102 | 5300-000 | | 3,553.00 | 794,138.23 |
| 12/28/16 | 000118 | Shariel Gordon 131 Pelletreau Street Southhampton, NY 11968 | Net Wages Per Court Order ECF#102 | 5300-000 | | 1,601.00 | 792,537.23 |
| 12/28/16 | 000119 | Julia M. Hajjar 91 86th Street | Net Wages Per Court Order ECF#102 | 5300-000 | | 340.00 | 792,197.23 |

Page Subtotals          0.00          10,770.10

Ver: 20.00g

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 16-72175 -REG |
|---|---|
| Case Name: | HARLOW EAST, LLC |

| Taxpayer ID No: | *******5895 |
|---|---|
| For Period Ending: | 01/17/18 |

| Trustee Name: | RICHARD L. STERN, TRUSTEE |
|---|---|
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******8276  Checking Account (Non-Interest Earn |

| Blanket Bond (per case limit): | $ 44,643,604.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Brooklyn, NY  11209 | | | | | |
| 12/28/16 | 000120 | Himani Art Hart<br>153 David White's Lane<br>Southampton, NY  11968 | Net Wages Per Court Order ECF#102 | 5300-000 | | 1,114.00 | 791,083.23 |
| 12/28/16 | 000121 | Damion Anthony Haynes<br>824 Riverview Drive<br>Chatham, MA 02633 | Net Wages Per Court Order ECF#102 | 5300-000 | | 762.00 | 790,321.23 |
| 12/28/16 | 000122 | Khalid Lawrence<br>131 Pelletreau Street<br>Southampton<br>New York 11968<br>Southampton, NY 11968 | Net Wages Per Court Order ECF#102 | 5300-000 | | 2,365.00 | 787,956.23 |
| 12/28/16 | 000123 | Christine M. Marino<br>229 Sear Road<br>Hartsdale, NY  10530 | Net Wages Per Court Order ECF#102 | 5300-000 | | 181.00 | 787,775.23 |
| 12/28/16 | 000124 | Audrey-Anna McLean<br>190 Lincoln Avenue, Apt 5J<br>Bronx, NY 10454 | Net Wages Per Court Order ECF#102 | 5300-000 | | 1,153.00 | 786,622.23 |
| 12/28/16 | 000125 | Paul L. Miller<br>659 Erza Street<br>Bridgeport, CT  06606 | Net Wages Per Court Order ECF#102 | 5300-000 | | 1,558.00 | 785,064.23 |
| 12/28/16 | 000126 | Kingjalee T. Morgan<br>1 Wharf Street<br>Sag Harbor, NY  11963 | Net Wages Per Court Order ECF#102 | 5300-000 | | 434.00 | 784,630.23 |
| 12/28/16 | 000127 | OBrian Morris<br>131 Pelletreau Street<br>Southampton NY<br>11968<br>Southampton, NY 11968 | Net Wages Per Court Order ECF#102 | 5300-000 | | 1,387.00 | 783,243.23 |
| 12/28/16 | 000128 | Ramesh G Paul | Net Wages Per Court Order ECF#102 | 5300-000 | | 1,504.00 | 781,739.23 |

| | Page Subtotals | 0.00 | 10,458.00 |
|---|---|---|---|

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

**Exhibit 9**

| Case No: | 16-72175 -REG | Trustee Name: | RICHARD L. STERN, TRUSTEE |
|---|---|---|---|
| Case Name: | HARLOW EAST, LLC | Bank Name: | EMPIRE NATIONAL BANK |
| | | Account Number / CD #: | *******8276  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5895 | | |
| For Period Ending: | 01/17/18 | Blanket Bond (per case limit): | $ 44,643,604.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 12/28/16 | 000129 | 452 Carrington Lane Douglasville, GA 30135 William T. Peterson PO Box 1227 Sag Harbor, NY  11963 | Net Wages Per Court Order ECF#102 | 5300-000 | | 393.40 | 781,345.83 |
| | 12/28/16 | 000130 | Lamar Clgeveland Ricketts 4191 North Haverhill Road West Palm Beach, FL 33403 | Net Wages Per Court Order ECF#102 | 5300-000 | | 730.00 | 780,615.83 |
| | 12/28/16 | 000131 | Miriam D. Shulman 53 Franklin St. Sag Harbor, NY  11963 | Net Wages Per Court Order ECF#102 | 5300-000 | | 1,964.00 | 778,651.83 |
| | 12/28/16 | 000132 | Claude Simpson 4006 Cascada Circle Hollywood, FL 33024 | Net Wages Per Court Order ECF#102 | 5300-000 | | 2,445.00 | 776,206.83 |
| * | 12/28/16 | 000133 | Shantal Patrice Loviene Smith 161 Hills Station Road Southampton, NY 11968 | Net Wages Per Court Order ECF#102 | 5300-000 | | 1,420.00 | 774,786.83 |
| * | 12/28/16 | 000134 | Nicholas A. Stevens 23 Short Beach Rd Sag Harbor, NY  11963 | Net Wages Per Court Order ECF#102 | 5300-000 | | 522.00 | 774,264.83 |
| | 12/28/16 | 000135 | Dean Torres 588 Springs Fireplace Rd. East Hampton, NY  11937 | Net Wages Per Court Order ECF#102 | 5300-000 | | 1,473.00 | 772,791.83 |
| | 12/28/16 | 000136 | Maisie C Walker-Johnson 229 W Montauk Highway Hampton Bay NY 11946 | Net Wages Per Court Order ECF#102 | 5300-000 | | 966.00 | 771,825.83 |
| | 12/28/16 | 000137 | Angelique G. Williams PO Box 7 Wainscott, NY  11975 | Net Wages Per Court Order ECF#102 | 5300-000 | | 1,337.00 | 770,488.83 |
| | 12/28/16 | 000138 | Vanessa M. Daley | net check, tax  previously withheld | 5300-000 | | 137.77 | 770,351.06 |

| | Page Subtotals | 0.00 | 11,388.17 |
|---|---|---|---|

Ver: 20.00g

FORM 2

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| Case No: | 16-72175 -REG | | | Trustee Name: | RICHARD L. STERN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | HARLOW EAST, LLC | | | Bank Name: | EMPIRE NATIONAL BANK |
| | | | | Account Number / CD #: | *******8276  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5895 | | | | |
| For Period Ending: | 01/17/18 | | | Blanket Bond (per case limit): | $ 44,643,604.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | 15 Cassia Park Road | ECF 102 | | | | |
| | | Kingston, NY  11968 | | | | | |
| * 12/28/16 | 000139 | Ackeem E. Dunn | net check, tax  previously withheld | 5300-000 | | 246.04 | 770,105.02 |
| | | 3 Summit Road | ECF 102 | | | | |
| | | Marrant Bay, NY  11906 | | | | | |
| 12/28/16 | 000140 | Damion Haynes | net check, tax  previously withheld | 5300-000 | | 234.33 | 769,870.69 |
| | | 824 Riverview Drive | ECF 102 | | | | |
| | | Chatham, MA  02633 | | | | | |
| 12/28/16 | 000141 | Christine M. Marino | net check, tax  previously withheld | 5300-000 | | 82.31 | 769,788.38 |
| | | 229 Sear Road | ECF 102 | | | | |
| | | Hartsdale, NY  10530 | | | | | |
| 12/28/16 | 000142 | Kenroy Robinson | net check, tax  previously withheld | 5300-000 | | 417.36 | 769,371.02 |
| | | 140 Haven Road | ECF 102 | | | | |
| | | New York, NY  10032 | | | | | |
| * 12/28/16 | 000143 | Nicholas Stevens | net check, tax  previously withheld | 5300-000 | | 333.56 | 769,037.46 |
| | | 23 Short Beach Road | ECF 102 | | | | |
| | | Sag Harbor, NY  11963 | | | | | |
| 12/28/16 | 000144 | Internal Revenue Service | 2016 941 Taxes (Employee) | 5300-000 | | 11,764.45 | 757,273.01 |
| | | Cincinnati, OH  45999 | | | | | |
| 12/28/16 | 000145 | Internal Revenue Service | 2016 941 Taxes (Employer) | 5800-000 | | 4,121.45 | 753,151.56 |
| | | Cincinnati, OH  45999 | | | | | |
| 12/28/16 | 000146 | Internal Revenue Service | 2016 940 Tax (FUTA) | 5800-000 | | 312.74 | 752,838.82 |
| | | Cincinnati, OH  45999 | | | | | |
| 12/28/16 | 000147 | NYS Department of Taxation | 2016 NYS Withholding (employee) | 5300-000 | | 2,332.16 | 750,506.66 |
| | | PO Box 5300 Bankruptcy Unit | | | | | |
| | | Albany, NY  12205-5300 | | | | | |
| 12/28/16 | 000148 | NYS Department of Taxation | 2016 NYS Unemployment w/h | 5800-000 | | 1,885.63 | 748,621.03 |
| | | PO Box 5300 Bankruptcy Unit | and Re-Employment Service Fund | | | | |
| | | Albany, NY  12205-5300 | | | | | |
| 01/03/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,204.66 | 747,416.37 |

Page Subtotals          0.00          22,934.69

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| Case No: | 16-72175 -REG |
|---|---|
| Case Name: | HARLOW EAST, LLC |
| Taxpayer ID No: | *******5895 |
| For Period Ending: | 01/17/18 |

| Trustee Name: | RICHARD L. STERN, TRUSTEE |
|---|---|
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******8276  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 44,643,604.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 01/19/17 | 000107 | Vanessa Boothe 161 Peeltreau Street Southampton NY 11968 Southampton, NY 11968 | Net Wages Per Court Order ECF#102 Sent to incorrect address.   Stop payment placed and check re-issued | 5300-000 | | -1,455.00 | 748,871.37 |
| | 01/19/17 | 000149 | Vanessa Boothe 131 Pelletreau Street Southampton NY 11968 | Net Wages Per Court Order ECF#102 | 5300-000 | | 1,455.00 | 747,416.37 |
| | 01/19/17 | 000150 | Ronald Friedman 31 Southwood Circle Syosset, NY  11791 | Net Wages Per Court Order ECF#102 | 5300-000 | | 188.56 | 747,227.81 |
| * | 01/24/17 | 000116 | Kellie Gill PO Box 2144 Montauk NY 11954 | Net Wages Per Court Order ECF#102 Stop payment as wage employee did not receive check.  Will be reissued to updated  address. | 5300-000 | | -1,827.00 | 749,054.81 |
| | 01/24/17 | 000151 | Kellie Gill 306 Brooks Mill Circle Hermitage, TN  37076 | Net Wages Per Court Order ECF#102 Replacement of check #116 that was never received. | 5300-000 | | 1,827.00 | 747,227.81 |
| | 02/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,155.28 | 746,072.53 |
| * | 02/02/17 | 000133 | Shantal Patrice Loviene Smith 161 Hills Station Road Southampton, NY 11968 | Net Wages Per Court Order ECF#102 | 5300-000 | | -1,420.00 | 747,492.53 |
| | 02/02/17 | 000152 | Shantal Patrice Loviene Smith 161 Hills Station Road Southampton, NY 11968 | Net Wages Per Court Order ECF#102 Stop payment as original check was not received by this wage claimant. | 5300-000 | | 1,420.00 | 746,072.53 |
| | 03/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,007.92 | 745,064.61 |
| | 03/07/17 | 000153 | United States Treasury Internal Revenue Service PO Box 804522 | 941 2017 employers quarterly 941 2017 quarterly tax return tax id # 46-5165895 | 5800-000 | | 18.89 | 745,045.72 |
| | 03/07/17 | 000154 | Kyle S. Herman | Net Wages Per Court Order ECF#102 | 5300-000 | | 114.05 | 744,931.67 |

|  | Page Subtotals | 0.00 | 2,484.70 |
|---|---|---|---|

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    8

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 16-72175 -REG | |
| Case Name: | HARLOW EAST, LLC | |
| | | |
| Taxpayer ID No: | *******5895 | |
| For Period Ending: | 01/17/18 | |

| | |
|---|---|
| Trustee Name: | RICHARD L. STERN, TRUSTEE |
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******8276  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 44,643,604.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 90 Laurel Hill Road | | | | | |
| | | Northport, NY 11768 | | | | | |
| * 03/29/17 | 000110 | Bryon Connolly | STOP PAYMENT REVERSAL | 5300-000 | | -270.12 | 745,201.79 |
| | | PO Box 252 | MANUAL STOP PAY ACCEPTANCE | | | | |
| | | Sag Harbor, NY 11963 | | | | | |
| * 03/29/17 | 000114 | Ackeem E. Dunn | STOP PAYMENT REVERSAL | 5300-000 | | -89.97 | 745,291.76 |
| | | 161 Hill Station Road | MANUAL STOP PAY ACCEPTANCE | | | | |
| | | Southampton, NY 11968 | | | | | |
| * 03/29/17 | 000129 | William T. Peterson | STOP PAYMENT REVERSAL | 5300-000 | | -393.40 | 745,685.16 |
| | | PO Box 1227 | MANUAL STOP PAY ACCEPTANCE | | | | |
| | | Sag Harbor, NY 11963 | | | | | |
| * 03/29/17 | 000134 | Nicholas A. Stevens | STOP PAYMENT REVERSAL | 5300-000 | | -522.00 | 746,207.16 |
| | | 23 Short Beach Rd | MANUAL STOP PAY ACCEPTANCE | | | | |
| | | Sag Harbor, NY 11963 | | | | | |
| * 03/29/17 | 000139 | Ackeem E. Dunn | STOP PAYMENT REVERSAL | 5300-000 | | -246.04 | 746,453.20 |
| | | 3 Summit Road | MANUAL STOP PAY ACCEPTANCE | | | | |
| | | Marrant Bay, NY 11906 | | | | | |
| * 03/29/17 | 000143 | Nicholas Stevens | STOP PAYMENT REVERSAL | 5300-000 | | -333.56 | 746,786.76 |
| | | 23 Short Beach Road | MANUAL STOP PAY ACCEPTANCE | | | | |
| | | Sag Harbor, NY 11963 | | | | | |
| 03/31/17 | 000155 | CLERK OF THE COURT | UNCLAIMED FUNDS | | | 1,855.09 | 744,931.67 |
| | | U.S. BANKRUPTCY COURT | For 4 former employees (Net Wages | | | | |
| | | LI FEDERAL COURTHOUSE | Per Court Order ECF#102) | | | | |
| | | 290 FEDERAL PLAZA | DIVIDENDS REMITTED TO THE COURT | | | | |
| | | CENTRAL ISLIP, NY 11722 | ITEM #    CLAIM #    DIVIDEND | | | | |
| | | | ================================ | | | | |
| | | | 65          333.56 | 5300-001 | | | |
| | | | 61          246.04 | 5300-001 | | | |
| | | | 53          522.00 | 5300-001 | | | |
| | | | 51          393.40 | 5300-001 | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 22)*

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

Exhibit 9

| | |
|---|---|
| Case No: | 16-72175 -REG |
| Case Name: | HARLOW EAST, LLC |
| Taxpayer ID No: | *******5895 |
| For Period Ending: | 01/17/18 |

| | |
|---|---|
| Trustee Name: | RICHARD L. STERN, TRUSTEE |
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******8276  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 44,643,604.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 45 | 89.97 | 5300-001 | | | |
| | | | 43 | 270.12 | 5300-001 | | | |
| 04/03/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | | 2600-000 | | 1,110.75 | 743,820.92 |
| 05/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | | 2600-000 | | 1,070.87 | 742,750.05 |
| 06/01/17 | 000156 | Maurilio Molina<br>9 Woodleigh Pl<br>East Quogue NY 11942 | Net Wages Per Court Order ECF#102 | | 5300-000 | | 1,527.21 | 741,222.84 |
| 06/01/17 | 000157 | Kenroy Robinson<br>2245 gables lake drive<br>Hilliard, OH 43026 | Net Wages Per Court Order ECF#102 | | 5300-000 | | 868.02 | 740,354.82 |
| 06/01/17 | 000158 | Internal Revenue Service<br>PO Box 804522<br>Cincinnati, OH  45280-4522 | 2017 941 Taxes (Employee) | | 5300-000 | | 751.60 | 739,603.22 |
| 06/01/17 | 000159 | Internal Revenue Service<br>PO Box 804522<br>Cincinnati, OH  45280-4522 | 2017 941 Taxes (Employer) | | 5800-000 | | 254.60 | 739,348.62 |
| 06/01/17 | 000160 | Internal Revenue Service<br>PO Box 804522<br>Cincinnati, OH  45280-4522 | 2017 940 Tax (FUTA) | | 5800-000 | | 20.71 | 739,327.91 |
| 06/01/17 | 000161 | New York State Department of Taxation<br>PO Box 5300<br>Albany, NY  12205-5300 | 2017 NYS Witholding (employee) | | 5300-000 | | 181.17 | 739,146.74 |
| 06/01/17 | 000162 | New York State Department of Taxation<br>PO Box 5300<br>Albany, NY  12205-5300 | 2017 NYS Umployement w/h | | 5800-000 | | 144.07 | 739,002.67 |
| 06/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | | 2600-000 | | 1,103.95 | 737,898.72 |
| 06/21/17 | 000163 | Miriam Shulman<br>Kibbutz Gezer<br>D.N. Shimshon 9978600 | payment of wage claim<br>Payment of wage claim #40<br>withdrawal of objection to claims and payment | | 5300-000 | | 1,780.00 | 736,118.72 |

| | | | | Page Subtotals | | 0.00 | 8,812.95 | |

Ver: 20.00g

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   10

**Exhibit 9**

| Case No: | 16-72175 -REG | | Trustee Name: | RICHARD L. STERN, TRUSTEE |
| Case Name: | HARLOW EAST, LLC | | Bank Name: | EMPIRE NATIONAL BANK |
| | | | Account Number / CD #: | *******8276  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5895 | | | |
| For Period Ending: | 01/17/18 | | Blanket Bond (per case limit): | $ 44,643,604.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | ISRAEL | pursuant to Net Wages per Court ORder ECF #102 | | | | |
| 06/27/17 | 000164 | Internal Revenue Service PO Box 804522 Cincinnati, OH  45280-4522 | 2017 941 Taxes (Employee) link to Claim #40 - Miriam Shulman | 5300-000 | | 591.25 | 735,527.47 |
| 06/27/17 | 000165 | Internal Revenue Service PO Box 804522 Cincinnati, OH  45280-4522 | 2017 941 Taxes (Employer) link to Claim #40 - Miriam Shulman | 5800-000 | | 191.25 | 735,336.22 |
| 06/27/17 | 000166 | Internal Revenue Service PO Box 804522 Cincinnati, OH  45280-4522 | 2017 940 Tax (FUTA) link to Claim #40 - Miriam Shulman | 5800-000 | | 15.00 | 735,321.22 |
| 06/27/17 | 000167 | New York State Department of Taxation PO Box 5300 Albany, NY  12205-5300 | 2017 NYS Witholding (employee) link to Claim #40 - Miriam Shulman | 5300-000 | | 128.75 | 735,192.47 |
| 06/27/17 | 000168 | New York State Department of Taxation PO Box 5300 Albany, NY  12205-5300 | 2017 NYS Umployement w/h link to Claim #40 - Miriam Shulman | 5800-000 | | 104.38 | 735,088.09 |
| 07/03/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,062.72 | 734,025.37 |
| * 08/14/17 | 000169 | Department of the Treasury | Year 2012 form 1120 payment due | 2810-000 | | 48.00 | 733,977.37 |
| * 08/14/17 | 000169 | Department of the Treasury | Year 2012 form 1120 payment due Entered in wrong case | 2810-000 | | -48.00 | 734,025.37 |
| * 08/14/17 | 000170 | New York State Corporation Tax | 2012 CT-4 Tax ID 11-2854007 | 2820-000 | | 299.00 | 733,726.37 |
| * 08/14/17 | 000170 | New York State Corporation Tax | 2012 CT-4 Tax ID 11-2854007 Entered in incorrect case | 2820-000 | | -299.00 | 734,025.37 |
| * 08/14/17 | 000171 | New York State Corporation Tax | 2012 CT-3M/4M Tax ID 11-2854007 | 2820-000 | | 62.00 | 733,963.37 |
| * 08/14/17 | 000171 | New York State Corporation Tax | 2012 CT-3M/4M Tax ID 11-2854007 Entered in incorrect case | 2820-000 | | -62.00 | 734,025.37 |
| 11/06/17 | 000172 | RICHARD L. STERN 2950 EXPRESS DRIVE S SUITE 109 | Chapter 7 Compensation/Fees | 2100-000 | | 55,664.74 | 678,360.63 |

| | | | Page Subtotals | 0.00 | 57,758.09 | |

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  11

**Exhibit 9**

| Case No: | 16-72175 -REG | | Trustee Name: | RICHARD L. STERN, TRUSTEE |
| Case Name: | HARLOW EAST, LLC | | Bank Name: | EMPIRE NATIONAL BANK |
| | | | Account Number / CD #: | *******8276  Checking Account (Non-Interest Earn |

| Taxpayer ID No: | *******5895 |
| For Period Ending: | 01/17/18 |

| Blanket Bond (per case limit): | $ 44,643,604.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ISLANDIA, NY  11749 | | | | | |
| 11/06/17 | 000173 | RICHARD L. STERN<br>2950 EXPRESS DRIVE S<br>SUITE 109<br>ISLANDIA, NY  11749 | Chapter 7 Expenses | 2200-000 | | 173.37 | 678,187.26 |
| 11/06/17 | 000174 | ROSEN, KANTROW & DILLON, PLLC<br>38 New Street<br>Huntington, NY  11743 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 62,467.59 | 615,719.67 |
| 11/06/17 | 000175 | ROSEN, KANTROW & DILLON, PLLC<br>38 New Street<br>Huntington, NY  11743 | Attorney for Trustee Expenses (Othe | 3220-000 | | 4,806.42 | 610,913.25 |
| 11/06/17 | 000176 | JOSEPH A. BRODERICK, P.C.<br>734 Walt Whitman Road, Suite 204<br>Melville, NY 11747 | Accountant for Trustee Fees (Other | 3410-000 | | 19,842.00 | 591,071.25 |
| 11/06/17 | 000177 | United States Trustee<br>Long Island Federal Courthouse<br>560 Federal Plaza<br>Central Islip, NY  11722 | U. S. Trustee Quarterly Fees | 2950-000 | | 1,300.00 | 589,771.25 |
| 11/06/17 | 000178 | New York State Department of Taxation<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | Claim 000039, Payment 100.00000% | 6950-000 | | 28,589.74 | 561,181.51 |
| 11/06/17 | 000179 | New York State Department of Taxation &<br>Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | Claim 000001A, Payment 100.00000% | 4800-000 | | 78,387.43 | 482,794.08 |
| 11/06/17 | 000180 | New York State Department of Taxation &<br>Finance<br>Bankruptcy Section | Claim 000001B, Payment 100.00000% | 5800-000 | | 102,402.13 | 380,391.95 |

| | Page Subtotals | 0.00 | 297,968.68 |

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 25)*

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   12

**Exhibit 9**

| Case No: | 16-72175  -REG | | Trustee Name: | RICHARD L. STERN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HARLOW EAST, LLC | | Bank Name: | EMPIRE NATIONAL BANK |
| | | | Account Number / CD #: | *******8276  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5895 | | | |
| For Period Ending: | 01/17/18 | | Blanket Bond (per case limit): | $ 44,643,604.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P O Box 5300 Albany New York 12205-0300 | | | | | |
| 11/06/17 | 000181 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Claim 000004, Payment 100.00000% | 5800-000 | | 1,755.00 | 378,636.95 |
| 11/06/17 | 000182 | State of NY, Dept of Labor Unemployment Insurance Div. Governor W. Averell Harriman State off Building 12 Rom 256 Albany ,NY 12240 | Claim 000005, Payment 100.00000% | 5800-000 | | 8,073.35 | 370,563.60 |
| 11/06/17 | 000183 | River Produce Corp Box 6065 Englewood NJ 07631 | Claim 000002, Payment 82.67643% | 7100-000 | | 6,019.39 | 364,544.21 |
| 11/06/17 | 000184 | Boening Bros. Inc PO Box 537 Lindenhurst, NY 11757 | Claim 000003, Payment 82.67645% | 7100-000 | | 1,884.37 | 362,659.84 |
| 11/06/17 | 000185 | M. Tucker A Division of Singer New York LLC 1200 Madison Ave Paterson, NJ 07503 | Claim 000006, Payment 82.67635% | 7100-000 | | 5,588.07 | 357,071.77 |
| 11/06/17 | 000186 | Arctic Glacier Ice 25 Charlotte Ave Hicksville, NY 11801 | Claim 000007, Payment 82.67638% | 7100-000 | | 24,925.15 | 332,146.62 |
| 11/06/17 | 000187 | North Fork Water Supply Corp. PO Box 365 Calverton, NY 11933 | Claim 000013, Payment 82.67669% | 7100-000 | | 769.72 | 331,376.90 |
| 11/06/17 | 000188 | Biancone & Wilinsky, LLP 230 Park Avenue, Ste 904 New York, NY 10169 Attn: Louis Biancone | Claim 000032, Payment 82.67636% | 7100-000 | | 4,805.15 | 326,571.75 |

Page Subtotals            0.00            53,820.20

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 13

Exhibit 9

| Case No: | 16-72175 -REG | | Trustee Name: | RICHARD L. STERN, TRUSTEE |
| Case Name: | HARLOW EAST, LLC | | Bank Name: | EMPIRE NATIONAL BANK |
| | | | Account Number / CD #: | *******8276 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5895 | | | |
| For Period Ending: | 01/17/18 | | Blanket Bond (per case limit): | $ 44,643,604.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/06/17 | 000189 | Summit Processing Group, LLC<br>Platte, Klarsfeld, Levine & Lachtman, LLP<br>10 East 40th Street, 46th Floor<br>NY, NY 10016 | Claim 000033, Payment 82.67639% | 7100-000 | | 140,549.87 | 186,021.88 |
| 11/06/17 | 000190 | Charles Jigarjian<br>60 Beach Street, Apt.1C<br>New York, NY 10013 | Claim 000035, Payment 82.67639% | 7100-000 | | 107,479.31 | 78,542.57 |
| 11/06/17 | 000191 | David Walker<br>6013 Aqua Avenue, No. 901<br>Miami Beach, FL 33141 | Claim 000037, Payment 82.67639% | 7100-000 | | 78,542.57 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,080,491.39 | 1,080,491.39 | 0.00 |
| Less: Bank Transfers/CD's | 240,000.00 | 0.00 | |
| Subtotal | 840,491.39 | 1,080,491.39 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 840,491.39 | 1,080,491.39 | |

Page Subtotals 0.00 326,571.75

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    14

**Exhibit 9**

| Case No: | 16-72175 -REG |
|---|---|
| Case Name: | HARLOW EAST, LLC |

| | |
|---|---|
| Taxpayer ID No: | *******5895 |
| For Period Ending: | 01/17/18 |

| Trustee Name: | RICHARD L. STERN, TRUSTEE |
|---|---|
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******8317  Earnest monies |

| Blanket Bond (per case limit): | $ 44,643,604.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/16 | | GSCR LLC<br>41 S Euclid Avenue<br>Montauk, NY  11954 | Earnest money deposit on bid to assume and assign real property lease. | 1229-000 | 50,000.00 | | 50,000.00 |
| 10/07/16 | 10 | Chase<br>SRH Holdings | Deposit of successful bidder at lease auction sale held October 6,2016 | 1229-000 | 50,000.00 | | 100,000.00 |
| 10/10/16 | 000101 | GSCR, LLC<br>PO Box 944<br>Sag Harbor, NY 11963 | Return of deposit<br>Unsuccessful bidder at lease auction sale | 1229-000 | -50,000.00 | | 50,000.00 |
| 10/12/16 | 10 | Wells Fargo Bank<br>SHR Holdings LLC | Additional deposit for purchase of lease. | 1229-000 | 190,000.00 | | 240,000.00 |
| 10/28/16 | | Transfer to Acct #*******8276 | Bank Funds Transfer | 9999-000 | | 240,000.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 240,000.00 | 240,000.00 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 240,000.00 | |
| Subtotal | | 240,000.00 | 0.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| Net | | 240,000.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******8276 | 840,491.39 | 1,080,491.39 | 0.00 |
| Earnest monies - *******8317 | 240,000.00 | 0.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 1,080,491.39 | 1,080,491.39 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 240,000.00 | 240,000.00 |
|---|---|---|---|

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 28)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| Case No: | 16-72175  -REG | Trustee Name: | RICHARD L. STERN, TRUSTEE |
|---|---|---|---|
| Case Name: | HARLOW EAST, LLC | Bank Name: | EMPIRE NATIONAL BANK |
| | | Account Number / CD #: | *******8317  Earnest monies |
| Taxpayer ID No: | *******5895 | | |
| For Period Ending: | 01/17/18 | Blanket Bond (per case limit): | $  44,643,604.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 20.00g